# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| MELVIN WRIGHT,<br><br>    Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>    Respondent. | No. C17-1005-LRR<br><br>**ORDER** |

_____

This matter is before the court pursuant to the movant's pro se motion for a certificate of appealability (docket no. 8). Movant filed the above captioned motion (docket no. 1) pursuant to 28 U.S.C. § 2255 on April 10, 2017. The court conducted an initial review and denied movant's motion for a number of reasons, including procedural default. (*See* docket no. 2). The court also denied a certificate of appealability. *Id*.

Movant subsequently filed a notice of appeal (docket no. 4) and requested a certificate of appealability from both this court and the Eighth Circuit Court of Appeals. The Eighth Circuit denied the movant's request (docket no. 9). Accordingly, movant's motion for a certificate of appealability (docket no. 8) is **denied** for the reasons set out in the court's previous order.

    **IT IS SO ORDERED.**

    **DATED** this 9th day of April, 2018.

_____
LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA